**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Luis Terry WONG–ALVAREZ, Defendant-Appellant.**

No. 85–5448.

United States Court of Appeals, Eleventh Circuit.

March 25, 1986.

James D. McMaster, McMaster Forman & Miller, P.A., Miami, Fla., for defendant-appellant.

Leon Kellner, U.S. Atty., Linda Hertz, Jon May, David O. Leiwant, Thomas Blair, Asst. U.S. Attys., Miami, Fla., for plaintiff-appellee.

Before GODBOLD, Chief Judge, ANDERSON, Circuit Judge, and ATKINS *, Senior District Judge.

PER CURIAM:

Wong-Alvarez seeks to appeal from a district judge's order affirming the order of the magistrate setting a pretrial detention bond. We remanded to the district court because neither magistrate nor district court had stated in writing the reasons for requiring a bond with the type and amounts of surety that was set, as commanded by Rule 9 FRAP. 779 F.2d 583 (11th Cir.1985). On January 15, 1986 the magistrate entered an order setting out reasons. A magistrate is a "judicial officer" within the meaning of the Bail Reform Act. See 18 U.S.C. §§ 3041 and 3156(a)(1). We have reviewed the reasons and find no error.

AFFIRMED.

* Honorable C. Clyde Atkins, Senior U.S. District Judge for the Southern District of Florida, sitting by designation.